Rene GARCIA, Jr., Respondent,

v.

DIRECTOR OF REVENUE, STATE OF MISSOURI, Appellant.

No. WD 43345.

Missouri Court of Appeals, Western District.

Dec. 18, 1990.

William L. Webster, Atty. Gen., Jatha B. Sadowski, Sp. Asst. Atty. Gen., Jefferson City, for appellant.

Gregory E. Eufinger, Jr., Kansas City, for respondent.

Before GAITAN, P.J., and TURNAGE and KENNEDY, JJ.

## ORDER

PER CURIAM:

The Director appeals from order reinstating respondent's license to drive under § 577.041.3, RSMo 1986.

The judgment is affirmed. Rule 84.16(b).